# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Oscar L. Shaw <br> *Plaintiff* <br> v. <br> Douglas A. Churdar, David T. Rheney, Garrison Hill <br> *Defendant* | Civil Action No. 6:09-2149-HFF |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* recover from the defendant *(name)* the amount of dollars ($ ), which includes prejudgment interest at the rate of %, plus postjudgment interest at the rate of %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)* .

☐ other: .

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.

☐ tried by Judge without a jury and the above decision was reached.

■ decided by Judge Henry F. Floyd on a R&R dismissing case without prejudice and without issuance and service of process. .

Date: September 1, 2009

*CLERK OF COURT*

**s/Angela Lewis**

*Signature of Clerk or Deputy Clerk*